**\*E-FILED 12/12/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LG DISPLAY CO., LTD., | No. C08-80258MISC JW (HRL) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME** |
| v. | |
| CHI MEI OPTOELECTRONICS CORPORATION, et al., | **[Re: Docket No. 5]** |
| Defendants. | |

LG Display Co. Ltd. ("LG") moves for an order shortening time for briefing and hearing on its motion to compel discovery from third-party Acer America Corporation ("Acer"). It is not clear whether Acer intends to oppose the motion for an expedited hearing. In any event, this court does not find good cause for an order shortening time. The discovery requests were served almost six months ago. If LG felt this discovery was critical to its case, it surely would not have waited until the eve of the close of discovery to move to compel. Accordingly, the motion for an order shortening time is denied. LG's "Motion to Compel Third-Party Acer America Corporation to Produce Documents and Appear at a Deposition" will be heard on **January 20, 2009, 10:00 a.m. in Courtroom 2**. Briefing shall proceed in accordance with a normal 35-day calendar under the court's Civil Local Rules.

1   LG shall serve a copy of this order on Acer and file a proof of service with the court.

2   SO ORDERED.

3   Dated:   December 12, 2008

4   _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

1  **5:08-mc-80258 Notice has been electronically mailed to:**

2  Ann G. Grimaldi   agrimaldi@mckennalong.com, ckelly@mckennalong.com

3  Rebecca Louise Woodson   rwoodson@ropers.com

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.